UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

CASE NO. 19-24223-CV-KING

EDUARDO VIOTES,

    Plaintiff,

v.

ANDREW SAUL, Commissioner of
Social Security Administration,

    Defendant.
_____/

### ORDER ON CROSS MOTIONS FOR SUMMARY JUDGMENT

THIS MATTER is before the Court on the January 18, 2021 Report and Recommendation ("R&R") of Magistrate Judge Jacqueline Becerra (DE 28). The R&R recommends that Defendant's Motion for Summary Judgment (DE 23) be denied and Plaintiff's Motion for Summary Judgment (DE 21) be granted in part and denied in part. No objections to the R&R have been filed, and the time to do so has passed.

The Court has reviewed the entire file and record. After careful consideration, the Court finds that Magistrate Judge Becerra's well-reasoned R&R accurately states the law of the case.

Accordingly, it is **ORDERED, ADJUDGED, and DECREED** that:

1. Magistrate Judge Jacqueline Becerra's January 18, 2021 Report and Recommendation **(DE 28)** be, and the same is, hereby **AFFIRMED and ADOPTED** as an Order of this Court;

2. Defendant's Motion for Summary Judgment **(DE 23)** is hereby **DENIED**;

3. Plaintiff's Motion for Summary Judgment **(DE 21)** is hereby **GRANTED IN PART and DENIED IN PART**;

4. The above-styled action is hereby **REMANDED** to the Social Security Commissioner

for further proceedings consistent with this opinion; and

5. Final judgment will be set out in a separate document pursuant to Federal Rule of Civil Procedure 58(a).

**DONE and ORDERED** in Chambers at the James Lawrence King Federal Justice Building and United States Courthouse, Miami, Florida, this 18th day of February, 2021.

*[signature]*
JAMES LAWRENCE KING
UNITED STATES DISTRICT JUDGE

cc: **Magistrate Judge Jacqueline Becerra**
**All counsel of record**